WER.6506/MPS-DMK, mpb

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOLANDA DABBS | § | |
| | § | |
| VS. | § | |
| | § | Civil Action No. 3:15-cv-00796-N |
| | § | |
| BRANDON J. JANNEY and | § | |
| WERNER ENTERPRISES, INC. | § | |

## <u>NOTICE OF SETTLEMENT</u>

**BRANDON J. JANNEY and WERNER ENTERPRISES, INC.**, Defendants herein,

provide this notice to the Court that the above-styled and numbered cause has settled.

Respectfully submitted,

*/s/ Daniel M. Karp*

_____

**MICHAEL P. SHARP**
SBN: 00788857
msharp@feesmith.com
**DANIEL M. KARP**
SBN: 24012937
dkarp@feesmith.com
**FEE, SMITH, SHARP & VITULLO, L.L.P.**
Three Galleria Tower
13155 Noel Rd., Suite 1000
Dallas, TX 75240
(972) 934-9100
(972) 934-9200 – Fax

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 12, 2015, using the electronic case filing system of the Court, the electronic filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Brian L. Mincher
Godsey Martin, PC
1909 Woodall Rodgers Frwy., Suite 200
Dallas, TX 75201

*/s/ Daniel M. Karp*
_____
**DANIEL M. KARP**