WER.6506/MPS-DMK, mpb

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YOLANDA DABBS § | |
| § | |
| VS. § | |
| § | Civil Action No. 3:15-cv-00796-N |
| § | |
| BRANDON J. JANNEY and § | |
| WERNER ENTERPRISES, INC. | |

## AGREED NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff and Defendants move to dismiss this cause with prejudice and in support therefore would respectfully show the Court the following:

Plaintiff and Defendants have fully and finally compromised and settled all matters of fact and things in controversy among them and the parties no longer desire to prosecute their causes of action between them.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants request and pray that this cause be dismissed with prejudice, and that the proposed Notice of Dismissal tendered herewith be entered.

Respectfully Submitted,

*/s/ Brian L. Mincher*

**BRIAN L. MINCHER**
State Bar No. 20452669
bmincher@gmfirm.com
**RYAN E. ROGERS**
State Bar No. 24011200
rrogers@gmfirm.com
Godsey Martin, P.C.
1909 Woodall Rodgers Freewy
Suite200
Dallas, TX  75201
(214) 744-3339
(972) 301-2444 (Fax)

*Attorneys for Plaintiff*

*/s/ Daniel M. Karp*

**MICHAEL P. SHARP**
SBN:  00788857
msharp@feesmith.com
**DANIEL M. KARP**
SBN:  24012937
dkarp@feesmith.com
**FEE, SMITH, SHARP & VITULLO, L.L.P.**
Three Galleria Tower
13155 Noel Rd., Suite 1000
Dallas, TX  75240
(972) 934-9100
(972) 934-9200 – Fax

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on _____, 2016, using the electronic case filing system of the Court, the electronic filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Brian L. Mincher
Godsey Martin, PC
1909 Woodall Rodgers Frwy., Suite 200
Dallas, TX 75201

               */s/ Daniel M. Karp*
               _____
               **DANIEL M. KARP**